**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN THERMOPLASTIC-<br>ENCAPSULATED ELECTRIC MOTORS,<br>COMPONENTS THEREOF, AND<br>PRODUCTS AND VEHICLES<br>CONTAINING SAME II | Misc. Action No. 18-mc-<br><br>**(On Recommendation from**<br>**International**<br>**Trade Commission Investigation No.**<br>**337-TA-1073)** |

**APPLICATION FOR THE ISSUANCE OF A DEPOSITION ORDER UPON**
**RECOMMENDATION FROM THE INTERNATIONAL TRADE COMMISSION**

Applicant Intellectual Ventures II LLC ("IV"), Complainant in the above-captioned

International Trade Commission Investigation, hereby applies for the issuance of an order

authorizing depositions in Tokyo, Japan of an employee of Respondent Mitsuba Corporation

("Mitsuba").

IV attaches hereto, as Exhibit A, a Recommendation to the United States District Court

for the District of Massachusetts to Issue an Order/Commission Authorizing Deposition in Japan

(the "Recommendation"), which was issued on January 18, 2018 by Administrative Law Judge

Thomas B. Pender and Secretary of the International Trade Commission Lisa R. Barton in

Investigation No. 337-TA-1073. The Recommendation requests that this Court grant IV's

application for an order authorizing depositions of employees and designees of Mitsuba at the

Embassy of the United States in Tokyo, Japan.

Pursuant to Exhibit A, IV respectfully requests that this Court issue an Order

substantially in the form of the Proposed Order attached hereto as Exhibit B authorizing the

depositions specified therein to be taken in Tokyo, Japan.[1]

Date: January 23, 2018                                    Respectfully submitted,


                                                         /s/ Nicholas W. Armington
                                                         Nicholas W. Armington (BBO No. 687843)
                                                         NWArmington@mintz.com
                                                         MINTZ, LEVIN, COHN, FERRIS,
                                                         GLOVSKY AND POPEO PC
                                                         One Financial Center
                                                         Boston, MA 02111
                                                         Phone: (617) 348-4451
                                                         Fax: (617) 542-2241


                                                         *Counsel for Intellectual Ventures II LLC*


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 23, 2018.


Date: January 23, 2018                                    /s/ Nicholas W. Armington
                                                         Nicholas W. Armington (BBO No. 687843)

---

[1] Exhibit B, attached hereto, is substantially the same as the "Order/Commission described in Exhibit 1 to the pending motion" referred to in the last sentence of the Recommendation.